

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 9, 2026

**<u>Via ECF</u>**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

 Re:  *Andrew Valles v. CDCR, et al.*, 25 Civ. 8050 (MKV)

Dear Judge Vyskocil:

 This Office represents the defendant Attorney General of the United States and Assistant United States Attorney Sarah Mortazavi (together, the "Federal Defendants") in this action brought by plaintiff Andrew Valles ("Plaintiff") for declaratory and injunctive relief under 42 U.S.C. § 1983.

 I previously certified that on January 12, 2026, I caused a copy of ECF Nos. 42, 43, and 44 to be served upon *pro se* Plaintiff Andrew Valles via Certified Mail and regular mail.  *See* ECF No. 49; Attachment A (scan of envelope with tracking number 70200090000169987644).  On February 9, 2026, Plaintiff filed a notice stating that he had not yet received Defendants' motion to dismiss.  *See* ECF No. 52.  The United States Postal Service ("USPS") website indicates that the envelope was available for pickup as of February 6, 2026, at 12:24 pm.  *See* Attachment B (screenshot of USPS website for tracking number 70200090000169987644).

 Based on the date of receipt, the Federal Defendants request that the motion to dismiss briefing schedule be adjusted as follows:

- Plaintiff shall file an opposition by March 9, 2026
- Any reply shall be filed by March 16, 2026, or seven days after Plaintiff's opposition is filed on the docket,[1] whichever is later.

Because Plaintiff can only be reached by mail, I did not seek his position on this request.

I thank the Court for its consideration of this request.

---

 [1] Because of the delays caused by mail and the processing time for the *Pro Se* office to file mailed items on the docket, the Federal Defendants understand that even if Plaintiff mails his opposition before March 9, 2026, it may not be electronically filed until some time later.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     /s/ Rachel Kroll
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for the Federal Defendants*

cc: Plaintiff (by mail)


GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 54.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 10, 2026