**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

Andrew Valles,

Plaintiff,

-against-

California Department of Corrections and Rehabilitation et al.,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 8050 (AS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 24, 2026, the Report and Recommendation is ADOPTED in its entirety. This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The remaining motions are denied as moot and judgment is entered for defendants; accordingly, the case is closed.

**Dated:** New York, New York
July 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**