UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW VALLES,<br>Plaintiff,<br>-against-<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | 25-CV-8050 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Given that plaintiff's motions have been docketed at ECF Nos. 92 and 94, the motion at ECF No. 100 requesting their docketing is DENIED as moot. Similarly, the motion at ECF No. 102 is DENIED as moot in light of the docketing of ECF No. 100.

The Clerk of Court is respectfully requested to terminate the motions at ECF No. 100 and ECF No. 102.

SO ORDERED.

Dated: August 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge